IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LOUIS ROBENSON,
    Plaintiff,

vs.                                           Case No. 3:09cv365/RV/MD

DEPARTMENT OF CORRECTIONS,
    Defendant.

## **O R D E R**

This cause is before the court upon plaintiff's filing a petition for injunction (doc. 1) a supplemental affidavit in support, a memorandum of law/rules and a motion to proceed *in forma pauperis* (doc. 1, 2 3 & 4).

The purpose of preliminary injunctive relief is to preserve the status quo between the parties and to prevent irreparable injury until the merits of the lawsuit itself can be reviewed. *Devose v. Herrington*, 42 F.3d 470, 471 (8th Cir. 1994); *All Care Nursing Service, Inc. v. Bethesda Memorial Hospital*, 887 F.2d 1535, 1537 (11th Cir. 1989); *United States v. State of Alabama*, 791 F.2d 1450, 1457 n.9 (11th Cir. 1986), *cert. denied*, 479 U.S. 1085, 107 S.Ct. 1287, 94 L.Ed.2d 144 (1987). This necessitates that the relief sought in the motion be closely related to the conduct complained of in the actual complaint. *Devose*, 42 F.3d at 471; *Penn v. San Juan Hosp.*, 528 F.2d 1181, 1185 (10th Cir. 1975). The allegations in the motion for injunctive relief suggest that plaintiff complains of constitutional violations that arise under 42 U.S.C. § 1983. He seeks temporary or preliminary relief, although he has not yet filed a civil rights complaint. He will be required to file a proper complaint before the court considers the allegations raised in his motion for temporary

injunctive relief.  In addition, because of plaintiff's status as a "three-striker," the court will not rule upon plaintiff's motion to proceed *in forma pauperis* until he files his complaint.

	Accordingly, it is ORDERED:

	1.  The clerk is directed to send plaintiff a section 1983 complaint form.  This case number should be written on the form.

	2.  Plaintiff shall fully and completely fill out and file the court form.

	3.  Plaintiff shall do the above within thirty (30) days from the date of the docketing of this order.  Failure to do so will result in a recommendation that his motion be denied and this case be dismissed for failure to prosecute and to comply with an order of the court.

	4.  Ruling on plaintiff's motion to proceed *in forma pauperis* is deferred until receipt of plaintiff's complaint.

	5.  The clerk shall refer the physical file to chambers upon the receipt of plaintiff's complaint or the expiration of the time in which to file said complaint.

	DONE AND ORDERED this 27th day of August, 2009.


		/s/ *Miles Davis*
		**MILES DAVIS**
		**UNITED STATES MAGISTRATE JUDGE**