IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LOUIS ROBENSON,
            Plaintiff,

vs.                                                    Case No. 3:09cv365/RV/MD

DAVID ELLIS,
            Defendant.

_____

**O R D E R**

This cause is before the court upon plaintiff's filing a motion for a certificate of appealability. (Doc. 19).  A certificate of appealability is required when an appeal is taken from a final order in a habeas corpus proceeding under 28 U.S.C. §§ 2254 or 2255. See 28 U.S.C. § 2253(c)(1). Because plaintiff is taking an appeal of a final order in a civil rights proceeding under 42 U.S.C. § 1983, he is not required to obtain a certificate of appealability. His motion will therefore be denied as unnecessary.

Accordingly, it is ORDERED:

Plaintiff's motion for certificate of appealability (doc. 19) is DENIED.

DONE AND ORDERED this 16th day of November, 2009.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**